1 **LEILA W. MORGAN**
California Bar No. 232874
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
Leila_Morgan@fd.org

6 Attorneys for Defendant

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 UNITED STATES OF AMERICA, | ) | Case No. 08MJ1175-01 |
| 11     Plaintiff, | ) ) ) | **NOTICE OF APPEARANCE** |
| 12 v. | ) ) | |
| 13 ROGER VALDEZ-ARIZPE, | ) ) | |
| 14     Defendant. | ) ) | |
| 15 _____ | ) | |

16    Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Leila

17 W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the

18 above-captioned case.

19                                                      Respectfully submitted,

21 Dated:  April 22, 2008          /s/  *Leila W. Morgan*
                                    **LEILA W. MORGAN**
22                                  Federal Defenders of San Diego, Inc.
                                    Leila_Morgan@fd.org
23                                  Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


**Antonio F Yoon**
Law Offices of Antonio F Yoon
501 West Broadway
Suite A-387
San Diego, CA 92101
(619)544-0021
Fax: (619)754-6886
Email: antonioyoon@cox.net


DATED:  April 22, 2008                                    */s/ Leila W. Morgan*
                                                          **LEILA W. MORGAN**
                                                          Federal Defenders of San Diego, Inc.
                                                          Leila_Morgan@fd.org